IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JOAN GIDDENS and MARVIN GIDDENS<br><br>Plaintiffs,<br><br>v.<br><br>TIFT REGIONAL HEALTH SYSTEM, INC. d/b/a TIFT REGIONAL MEDICAL CENTER, JAMES SCOTT, M.D., and SMITH AND NEPHEW, INC.<br><br>Defendants. | Case No.: 7:25-cv-00163-WLS |

## STIPULATION OF EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b) and Local Rule 6.1, Plaintiffs Joan Giddens and Marvin Giddens and Defendant Smith and Nephew, Inc. (the "Parties") hereby stipulate that the time within which Defendant Smith and Nephew, Inc. shall answer or otherwise respond to Plaintiffs' Complaint through a motion to dismiss is extended from November 18, 2025, through and including December 15, 2025.

By signing and executing this "Stipulation" the Plaintiffs are not consenting, nor agreeing, to the removal of the above-styled case to the United States District Court for the Middle District of Georgia, nor do the Plaintiffs consent, or agree, that

the United States District Court for the Middle District of Georgia has jurisdiction in this matter.

If Defendant Smith and Nephew, Inc. files a motion to dismiss Plaintiffs' Complaint, then the Parties stipulate to the following briefing schedule consistent with deadlines imposed by Local Rules 7.2 and 7.3:

1. Defendant Smith and Nephew, Inc.'s Motion to Dismiss shall be filed by **December 15, 2025;**

2. Plaintiffs' Opposition to Defendant Smith and Nephew, Inc.'s Motion to Dismiss shall be filed by **January 5, 2026;**

3. Defendant Smith and Nephew, Inc.'s reply brief shall be filed by **January 19, 2026.**

Respectfully submitted this 18th of November, 2025.

| **TUCKER & BROWNING LAW, P.C.** | **NELSON MULLINS RILEY & SCARBOROUGH LLP** |
|---|---|
| */s/ Alan David Tucker* | */s/ Avery G. Carter* |
| Alan David Tucker | Elizabeth C. Helm |
| (*Signed with express permission*) | Georgia Bar No. 289930 |
| alan@tuckerandbrowning.com | kate.helm@nelsonmullins.com |
| Georgia Bar No. 717559 | Avery G. Carter |
| 4 St. Andrews Court | avery.carter@nelsonmullins.com |
| Brunswick, Georgia 31520 | Georgia Bar No. 789576 |
| (912) 267-7123 | 201 17th Street, NW, Suite 1700 |
| (912) 289-2448 | Atlanta, GA 30363 |
| *Counsel for Plaintiffs* | (404) 322-6000 |
| | (404) 322-6050 (fax) |
| | *Counsel for Defendant Smith and Nephew, Inc.* |

SO ORDERED this 19th day of November, 2025.

W. Louis Sands, Sr. Judge
United States District Court

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 18, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF which will automatically send notification of such filing to all counsel of record who are registered to receive electronic notification.

I further certify that I have this day served the within and foregoing upon all *pro-se* parties via United States mail with adequate postage affixed, addressed as follows:

> James Scott, M.D.
> 2227 U.S. Hwy 41N
> Tifton, GA 31794
>
> *Pro Se Defendant*

This 18th day of November, 2025.

> /s/ *Avery G. Carter*
> Avery G. Carter
> Georgia Bar No. 789576