**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| JOAN GIDDENS, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | CASE NO.: 7:25-CV-163 (WLS) |
| | : | |
| TIFT REGIONAL HEALTH SYSTEM, | : | |
| INC. d/b/a TIFT REGIONAL | : | |
| MEDICAL CENTER, *et al.*, | | |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER

Before the Court is the Parties' Notice of Settlement (Doc. 22), filed on April 8, 2026. Therein, the Parties notify the Court that a settlement has been reached between Plaintiffs and Defendant Smith and Nephew, Inc.[1] and request a period of seventy-five days to effectuate the necessary settlement documents and file a stipulation of dismissal.

For good cause, the Parties' Notice (Doc. 22) is acknowledged and noted. To ensure the timely and orderly disposition of this case, the Parties are **ORDERED** to file a stipulation or other documentation of dismissal of all claims **within seventy-five (75) days** of the entry of this Order, or **by no later than Friday, June 26, 2026**, or, by the same deadline, file with the Court a motion for additional time containing a written statement as to why additional time is needed.

Additionally, in light of the Parties' settlement and the anticipated dismissal of this action, Defendant Smith and Nephew, Inc.'s Motion to Dismiss (Doc. 8) is **DENIED**, without prejudice, as moot.

**SO ORDERED**, this 13th day of April 2026.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**

---

[1] Defendant Tift Regional Health System Inc. and Defendant James Scott were previously dismissed as parties from this action. (*See* Doc. 21).

1