**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| JOAN GIDDENS, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | CASE NO.: 7:25-CV-163 (WLS) |
| | : | |
| TIFT REGIONAL HEALTH SYSTEM, | : | |
| INC. d/b/a TIFT REGIONAL | : | |
| MEDICAL CENTER, *et al.*, | | |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER

Before the Court is the Parties' Joint Status Report and Motion for Additional Time to File Dismissal Documents (Doc. 24), filed on June 26, 2026. Therein, the Parties move the Court for additional time to file their dismissal documents, explaining that Plaintiffs have not yet returned the executed settlement agreement and release. Previously, the Parties filed a Joint Notice of Settlement (Doc. 22), informing the Court that a settlement had been reached between Plaintiffs and Defendant Smith and Nephew, Inc. Thereafter, the Court ordered the Parties to file the necessary dismissal documents by June 26, 2026, or a motion for additional time. (Doc. 23). The Parties timely filed the instant Motion.

For good cause, the Joint Motion (Doc. 24) is **GRANTED**. The Parties' deadline to file a stipulation or other documentation of dismissal of all claims is **EXTENDED** such that the Parties shall file the necessary documentation **within sixty (60) days** of the entry of this Order, or **by no later than Friday, August 28, 2026**, or, by the same deadline, file with the Court a motion for additional time containing a written statement as to why additional time is needed.

**SO ORDERED**, this 30th day of June 2026.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**