**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| JOAN GIDDENS, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | CASE NO.: 7:25-CV-163-WLS |
| | : | |
| SMITH AND NEPHEW, INC., | : | |
| | : | |
| Defendant. | : | |
| | : | |

**ORDER**

Defendant Smith and Nephew, Inc., requests a status conference with the Court concerning the parties' settlement status and their ability to meet the Court's deadline to file dismissal papers. (Doc. 26.)

The parties previously filed a Joint Notice of Settlement, informing the Court that they had reached a settlement. (Doc. 22.) The Court then ordered the parties to file the necessary dismissal documents, or move for additional time, by June 26, 2026. (Doc. 23.) On June 26, 2026, the parties filed their joint motion requesting additional time to file their dismissal documents. (Doc. 24.) On June 30, 2026, the Court granted the joint motion. (Doc. 25.) Defendant now requests a status conference with the Court concerning the parties' settlement status and their ability to meet the Court's deadline to file dismissal papers. (Doc. 26.)

Although the parties informed the Court that they reached a settlement on April 8, 2026, they have been unable to finalize the settlement and file dismissal documents. Defendant informs the Court that although Plaintiffs' counsel received the agreed upon settlement and release agreement on April 28, 2026, Plaintiffs have not returned an executed copy, preventing the parties from finalizing the settlement and filing dismissal papers. (Doc. 26 at 2.) Defendant therefore requests a brief status conference to assist the parties in finalizing the settlement. (*Id.*)

Therefore, and for good cause shown, Defendant's Request for a Status Conference is **GRANTED**. The Court sets a **telephonic status conference** for **Wednesday, September**

**2, 2026,** at **3:30 PM**. The parties' deadline to file a stipulation or other documentation of dismissal of all claims is therefore **SUSPENDED** pending further order of the Court.

**SO ORDERED**, this 28th day of August, 2026.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**