**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| JOAN GIDDENS, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | CASE NO.: 7:25-CV-00163-WLS |
| | : | |
| SMITH AND NEPHEW, INC., | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

On September 2, 2026, the Court held a telephone conference at Defense Counsel's request. The Court issues this Order to memorialize the Court's rulings made during the conference.

The Court heard from counsel for both parties regarding an apparent disagreement over the terms of the settlement and release agreement. Plaintiff's counsel also informed the Court that both Plaintiffs had recently been hospitalized, delaying execution of their settlement agreement. Both Plaintiffs' counsel and defense counsel agreed that staying this matter for an additional thirty days would allow counsel to confer and resolve the dispute over execution of the settlement agreement's terms.

Accordingly, all discovery, pleading, motion, or other case deadlines in this matter shall be **STAYED** for a period of thirty days from the entry of this Order, or through **Monday, October 5, 2026**,[1] to allow the Parties to resolve issues and determine the terms of the settlement agreement for execution.

The parties are **ORDERED** to file a joint status report or separate status reports by the same date, **Monday, October 5, 2026**, notifying the Court whether the dispute over the

[1] Because the end of the thirty-day period falls on a weekend, the Court has adjusted the deadline to the following business day.

terms of the settlement agreement has been resolved. If the parties cannot agree to the terms of the settlement agreement, the Court will address any pending motions at that time.

**SO ORDERED**, this 3rd day of September, 2026.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**