**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

JOAN GIDDENS and MARVIN GIDDENS,

Plaintiffs,

v.

SMITH AND NEPHEW, INC.,

Defendant.

CASE NO.: 7:25-CV-00163-WLS

**ORDER**

On September 2, 2026, the Court held a telephone conference with the parties and issued a memorializing order the following day. (Doc. 29.) In the order, the Court stayed all case deadlines for a thirty-day period to allow the parties time to resolve their dispute over the terms of their settlement agreement. (*Id.* at 1.) The Court also ordered the parties to file a joint status report or separate reports by October 5, 2026, notifying the Court whether the dispute over the terms of the agreement has been resolved. (*Id.* at 1–2.) The parties have now filed their joint status report. (Doc. 30.)

In their report, the parties explain that they have exchanged proposed draft settlement agreements and have agreed to certain terms, though some significant issues remain unresolved. (*Id.* at 1–2.) The parties therefore request an additional twenty-one days in which to negotiate the terms of the agreement and file a new status report. (*Id.* at 2.)

Based on the information provided in the joint status report, the Court finds that the parties would benefit from additional time to resolve their dispute over the terms of the agreement. All discovery, pleading, motion, and other case deadlines are therefore **STAYED** for a period of **twenty-one days**, or through **Wednesday, October 28, 2026**, to allow the parties to resolve the remaining issues and finalize the terms of the settlement agreement for execution.

The parties are **ORDERED** to file a joint status report or separate status reports by the same date, **Wednesday, October 28, 2026**, notifying the Court whether the dispute over the terms of the settlement agreement has been resolved. If the parties cannot agree to the terms of the settlement agreement, the Court will address any pending motions at that time.

**SO ORDERED**, this 7th day of October, 2026.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**