**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | |
|---|---|
| JOAN GIDDENS and MARVIN GIDDENS,<br><br>Plaintiffs,<br>v.<br><br>SMITH & NEPHEW, INC.,<br><br>Defendant. | Case No.: 7:25-CV-00163-WLS |

**ORDER**

On November 3, 2026, Defendant Smith & Nephew, Inc. filed its unopposed motion to file exhibits under seal. (Doc. 34.) On the same date, the parties each filed a motion to enforce the settlement agreement. (Doc. 33; Doc. 35.) The parties claim that they agreed to a settlement but disagree on the terms of that agreement. Smith & Nephew submits that the parties agreed that the terms of the settlement would be confidential. (Doc. 34 ¶ 2.) It thus moves to file settlement correspondence and the purported settlement agreement under seal to maintain this confidentiality. (*Id.* ¶¶ 3–7.)

After reviewing the motion, the Court finds that good cause exists to permit Smith & Nephew's exhibits to be filed under seal. *See Romervo v. Drummond Co., Inc.*, 480 F.3d 1234, 1246 (11th Cir. 2007). Accordingly, the Motion to Seal, (Doc. 34), is **GRANTED**. The Clerk of Court is **DIRECTED** to docket Exhibits A and B to Smith & Nephew's motion to enforce the settlement agreement under seal to be made available only to the parties' counsel and the Court. The exhibits shall remain sealed until further order of the Court.

**SO ORDERED**, this 5th day of November, 2026.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**