**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | |
|---|---|
| JOAN GIDDENS and MARVIN GIDDENS,<br><br>Plaintiffs,<br>v.<br><br>SMITH & NEPHEW, INC.,<br><br>Defendant. | Case No.: 7:25-CV-00163-WLS |

**ORDER**

On November 3, 2026, the parties filed cross-motions to enforce a purported settlement agreement. (Doc. 33; Doc. 35.) The Court then set an evidentiary hearing for January 20, 2027. (Doc. 40.) However, the parties have since filed a Stipulation of Dismissal with Prejudice, notifying the Court that they have reached an agreement on the settlement terms and fully executed the settlement agreement. (Doc. 43.) The motions to enforce the settlement agreement, (Doc. 33; Doc. 35), are thus **DENIED as moot**; the evidentiary hearing set for January 20, 2027, is **CANCELLED**; and Plaintiffs' claims are **DISMISSED with prejudice**.

**SO ORDERED**, this 25th day of November, 2026.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**