IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| JOAN GIDDENS AND MARVIN GIDDENS, | * | |
| Plaintiffs, | * | |
| v. | | Case No. 7:25-cv-163 (WLS) |
| | * | |
| SMITH & NEPHEW, INC., | | |
| | * | |
| Defendant. | | |
| | * | |

**<u>JUDGMENT</u>**

Pursuant to this Court's Order dated November 25, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 25th day of November, 2026.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk